**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**PATRINNA PRUITT**                                                                                      **PLAINTIFF**

v.                                   Case No. 2:19-cv-00009-KGB

**MAINES PAPER & FOOD SERVICES – TENNESSEE, INC.,**
**MICHEAL CLAYBOURNE, and DEMOND WATSON**                       **DEFENDANTS**

**LIBERTY MUTUAL INSURANCE COMPANY**                                    **INTERVENOR**

**ORDER**

Before the Court is the status of this case. The relevant procedural history is as follows. On January 25, 2019, plaintiff Patrinna Pruitt filed a complaint against defendants Maines Paper & Food Services – Tennessee, Inc. ("Maines Paper"), and John Doe No. 1, asserting state-law negligence claims based on an alleged slip-and-fall incident that occurred on February 16, 2016, at a Wendy's restaurant in West Helena, Arkansas (Dkt. No. 1). On November 1, 2019, Ms. Pruitt filed an amended complaint adding individual defendants Micheal Claybourne and Demond Watson (collectively with Maines Paper, "defendants") (Dkt. No. 18). On November 8, 2019, intervenor Liberty Mutual Insurance Company ("Liberty Mutual") filed its complaint in intervention (Dkt. No. 19). Defendants filed a motion for summary judgment on December 27, 2019 (Dkt. No. 32). On April 21, 2020, the Court stayed briefing on defendants' motion for summary judgment to allow Ms. Pruitt and Liberty Mutual additional time to conduct discovery (Dkt. No. 49). On May 21, 2020, the parties filed a joint status report with the Court, which, among other things, proposed a briefing schedule for defendants' motion for summary judgment (Dkt. No. 50).

On June 18, 2020, Maines Paper filed a notice of suggestion of pendency of bankruptcy and automatic stay of proceedings (Dkt. No. 52). Maines Paper represents that it filed a petition

for relief under Chapter 11 of the United States Bankruptcy Code ("the Bankruptcy Code"), 11 U.S.C. §§ 101–1532, in the United States Bankruptcy Court for the District of Delaware, Case No. 20-11511, on June 10, 2020.  Pursuant to 11 U.S.C. § 362(a)(1), the initiation of bankruptcy proceedings by a debtor prohibits creditors and other parties from commencing or continuing a judicial action against the debtor that was or could have been commenced before the commencement of the case under the Bankruptcy Code, or to recover a claim against the debtor that arose before the commencement of the case under the Bankruptcy Code.

The Court directed the parties to confer and file a status report with the Court (Dkt. No. 53).  On July 17, 2020, the parties filed a joint status report with the Court, representing that, "[d]ue to the Chapter 11 bankruptcy filing of Maines Paper & Food Services–Tennessee, Inc., there is an automatic stay in place preventing further action in this proceeding."  (*Id.*, ¶ 1).  The parties further represented that Ms. Pruitt's counsel has informed defendants' counsel that "he intends to seek relief from the automatic stay from the United States Bankruptcy Court for the District of Delaware so that this litigation can proceed," but that, "[i]n the meantime, the parties are unable to proceed with any discovery in this case."  (*Id.*, ¶¶ 2, 3).

Accordingly, the Court removes this case from the November 30, 2020, trial calendar and stays all proceedings in this case pending the bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware.  The Court directs the parties to notify the Court in a written filing when the automatic stay imposed by the Delaware Bankruptcy Court is lifted.

It is so ordered this 28th day of September, 2020.

_____
Kristine G. Baker
United States District Judge