IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**PATRINA PRUITT**                                                                                            **PLAINTIFF**

v.                                      Case No. 2:19-cv-00009 KGB

**MAINES PAPER & FOOD**
**SERVICES – TENNESSEE, INC.,** *et al.*                                        **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 61). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice including all claims, counterclaims, crossclaims, and third-party claims. Each party will bear its own costs and attorney's fees.

It is so ordered this 18th day of April 2025.

*/s/ Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge